## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INFORMATION** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:25-CR-_____** |
| | : | |
| **RUFUS CRANE** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2312** |
| _____ | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (Interstate Transportation of Stolen Aircraft)

That on or about May 3, 2024, and continuing through on or about May 4, 2024, in the

Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the

Court,

**RUFUS CRANE**

did unlawfully transport in interstate commerce a stolen aircraft, that is, a Bonanza A-36 from the

State of Georgia to the State of North Carolina, knowing the same to be stolen; all in violation of

Title 18, United States Code, Section 2312.

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

By: _____
ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY